UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                :     MISDEMEANOR
                                              INFORMATION
      - v. -                            :
                                              07 Cr. ____
FLORA HERNANDEZ,                        :

                     Defendant.
                                              07 CRIM 931
- - - - - - - - - - - - - - - - -x



COUNT ONE

The United States Attorney charges:

From on or about July 22, 2004, in the Southern District of New York and elsewhere, FLORA HERNANDEZ, the defendant, unlawfully, willfully, and knowingly did aid and abet an alien to enter the United States at a time and place other than as designated by immigration officers, and to exclude examination and inspection by immigration officers, to wit, HERNANDEZ submitted a fraudulent application in support of a passport for her ex-husband's daughter, an alien, with the purpose of permitting the alien to travel between the United States and the Dominican Republic, and surreptitiously and deliberately avoid contact with custom and immigration officials at the time of such entry to avoid the alien's ejection from the United States.

   (Title 8, United States Code, Section 1325(a), and Title 18,
           United States Code, Section 2.)

                                    Michael G. Garcia
                                    _____
                                    MICHAEL J. GARCIA
                                    United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

FLORA HERNANDEZ,

Defendant.

---

INFORMATION

07 Cr. ___

(Title 8, United States Code,
Section 1325(a), Title 18,
United States Code, Section 2.)



                           MICHAEL J. GARCIA
                       United States Attorney.